HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT J. HARRIS, | Case No: 5:11-cv-03229-LHK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (14) days up through and including Friday, December 16, 2011 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of cases (3) the firm presently has pending before this and other district courts that require briefing.

STIPULATION AND ORDER

MELINDA L. HAAG
United States Attorney

Dated: November 28, 2011     /s/
ELIZABETH BARRY
Special Assistant U.S. Attorney


Dated: November 28, 2011     /s/
HARVEY P. SACKETT
Attorney for Plaintiff
ROBERT J. HARRIS


IT IS SO ORDERED.


Dated: November 29, 2011     *Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

STIPULATION AND ORDER

2