HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT J. HARRIS, | Case No: 5:11-cv-03229-LHK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (14) days up through and including Friday, December 16, 2011 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of cases (3) the firm presently has pending before this and other district courts that require briefing.

1

STIPULATION AND ORDER

MELINDA L. HAAG
United States Attorney

Dated: November 28, 2011              /s/
                                      ELIZABETH BARRY
                                      Special Assistant U.S. Attorney


Dated: November 28, 2011              /s/
                                      HARVEY P. SACKETT
                                      Attorney for Plaintiff
                                      ROBERT J. HARRIS


IT IS SO ORDERED.


Dated: November 29, 2011              *Lucy H. Koh*
                                      HON. LUCY H. KOH
                                      United States District Judge

STIPULATION AND ORDER