MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8972
    Facsimile:  (415) 744-0134
    Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT J. HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CASE NO.: 5:11-cv-03229-LHK<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension from today, or until April 9, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    On December 14, 2011, Plaintiff filed his Notice, Motion, and Memorandum in Support of Plaintiff's Motion for Summary Judgment. Defendant inadvertently failed to note the filing by Plaintiff and, therefore, failed to calendar the due date for his brief, which was January 11, 2012. Until today, Defendant was under the impression that Plaintiff had not yet filed his brief. The error is entirely Defendant's. Defendant respectfully requests that the Court grant Defendant a 30-day extension in which to file his brief.

This is Defendant's first request for an extension of time in this matter.

                              Respectfully submitted,

Dated: March 13, 2012        */s/ Harvey Sackett*
                                  (as authorized via e-mail)
                                  Harvey Sackett
                                  Attorney for Plaintiff

                              MELINDA L. HAAG
                              United States Attorney

Dated: March 13, 2012      By */s/ Elizabeth Barry*
                                  ELIZABETH BARRY
                                  Special Assistant U.S. Attorney
                                  Attorneys for Defendant

                                <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 14, 2012          *Lucy H. Koh*
                                  LUCY H. KOH
                                  UNITED STATES DISTRICT JUDGE