MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

160 Spear Street, 8th Floor
San Francisco, California 94105
Telephone: (415) 977-8972
Facsimile: (415) 744-0134
Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT J. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CASE NO.: 5:11-cv-03229-LHK<br><br>STIPULATION AND PROPOSED ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

   On remand, the administrative law judge (ALJ) will issue a new decision, explaining the reasoning underlying the sedentary residual functional capacity finding, including but not limited to, a discussion and analysis of the opinions of medical expert, Dr. Gerber, and the claimant's treating providers and an analysis of the medical evidence generally. In addition, the new decision should discuss the specific evidence that the ALJ relied upon in finding the claimant not credible.

Respectfully submitted,

Dated: April 23, 2012

*/s/ Harvey Sackett*
(as authorized via e-mail)
Harvey Sackett
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: April 23, 2012    By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 24, 2012     _____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE