1 MELINDA L. HAAG CSBN 132612
  United States Attorney
2 DONNA L. CALVERT, SBN IL 6191786
  Acting Regional Chief Counsel, Region IX
3 ELIZABETH BARRY, CSBN 203314
  Special Assistant United States Attorney
4
      160 Spear Street, 8th Floor
5     San Francisco, California 94105
      Telephone:  (415) 977-8972
6     Facsimile:  (415) 744-0134
      Email: Elizabeth.Barry@ssa.gov
7
  Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
                        **SAN JOSE DIVISION**
10

11 ROBERT J. HARRIS,                  )
                                      )   CASE NO.: 5:11-cv-03229-LHK
12              Plaintiff,            )
                                      )   STIPULATION AND PROPOSED ORDER
13        v.                          )   FOR REMAND PURSUANT TO SENTENCE
                                      )   FOUR OF 42 U.S.C. § 405(g)
14                                    )
   MICHAEL ASTRUE,                    )
15 Commissioner of                    )
   Social Security,                   )
16                                    )
                Defendant.            )
17 _____   )

18      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

19 record, that this action be remanded to the Commissioner of Social Security for further administrative

20 action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence

21 four.

22      On remand, the administrative law judge (ALJ) will issue a new decision, explaining the reasoning

23 underlying the sedentary residual functional capacity finding, including but not limited to, a discussion

24 and analysis of the opinions of medical expert, Dr. Gerber, and the claimant's treating providers and an

25 analysis of the medical evidence generally.  In addition, the new decision should discuss the specific

26 evidence that the ALJ relied upon in finding the claimant not credible.

27

28

1

2    Dated: April 23, 2012

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

*/s/ Harvey Sackett*
(as authorized via e-mail)
Harvey Sackett
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: April 23, 2012

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 24, 2012

LUCY H. KOH
UNITED STATES DISTRICT JUDGE

2