1   HARVEY P. SACKETT (72488)

2   **S A C K E T T**
    **A N D   H E R R E R A**
    A PROFESSIONAL LAW CORP.

3   1055 Lincoln Avenue
    Post Office Box 5025
4   San Jose, California 95150-5025
    Telephone: (408) 295-7755
5   Facsimile:  (408) 295-7444

6

7   Attorney for Plaintiff

8   /amb

9

10                          UNITED STATES DISTRICT COURT

11                          NORTHERN DISTRICT OF CALIFORNIA

12                               SAN JOSE DIVISION

13

14   ROBERT J. HARRIS,                )   Case No:  5:11-cv-03229-LHK
                                       )
15              Plaintiff,            )
                                       )
16   v.                               )   STIPULATION AND PROPSED ORDER
                                       )   SETTLING ATTORNEY'S FEES
17                                     )   PURSUANT TO THE EQUAL ACCESS TO
     MICHAEL J. ASTRUE,                )   JUSTICE ACT, 28 U.S.C. § 2412(d)
18   Commissioner,                     )
     Social Security Administration,   )
19                                     )
20              Defendant.            )
     _____)
21

22          IT IS HEREBY STIPULATED by and between the parties through their undersigned

23   counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

24   Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND

25   TWO HUNDRED DOLLARS ($5,200.00). This amount represents compensation for all legal

26   services rendered on behalf of Plaintiff by counsel in connection with this civil action, in

27   accordance with 28 U.S.C. § 2412(d).

28

1    After the Court issues an order for EAJA fees, expenses and costs to Plaintiff, the

2  government will consider the matter of Plaintiff's assignment of EAJA fees and expenses and

3  costs to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to

4  honor the assignment will depend on whether the fees, expenses and costs are subject to any

5  offset allowed under the United States Department of the Treasury's Offset Program. After the

6  order for EAJA fees, expenses and costs is entered, the government will determine whether they

7  are subject to any offset.

8    Fees, expenses and costs shall be made payable to Plaintiff, but if the Department of the

9  Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause

10  the payment of fees, expenses and costs to be made directly to Harvey P. Sackett, pursuant to the

11  assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

12    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

13  attorney fees, expenses and costs, and does not constitute an admission of liability on the part of

14  Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release

15  from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to

16  EAJA attorney fees and expenses and costs in connection with this action.

17    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

18  Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

19

20  Dated: May 21, 2012                          /s/ _____
                                                HARVEY P. SACKETT
21                                              Attorney for Plaintiff
                                                ROBERT J. HARRIS
22

23                                              MELINDA L. HAAG
24                                              United States Attorney

25

26

27

28

SACKETT
AND HERRERA
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755

STIPULATION AND PROPOSED ORDER        2

Dated: May 21, 2012

/s/
ELIZABETH BARRY
Special Assistant for U.S. Attorney
Attorneys for Defendant
(as authorized via e-mail)

IT IS SO ORDERED.

Dated: May 24, 2012

LUCY H. KOH
United States District Judge

SACKETT
AND HERRERA
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755

STIPULATION AND PROPOSED ORDER        3