HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/amb

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT J. HARRIS, ) | Case No:  5:11-cv-03229-LHK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND PROPSED ORDER |
| ) | SETTLING ATTORNEY'S FEES |
| MICHAEL J. ASTRUE, ) | PURSUANT TO THE EQUAL ACCESS TO |
| Commissioner, ) | JUSTICE ACT, 28 U.S.C. § 2412(d) |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

 IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND TWO HUNDRED DOLLARS ($5,200.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees, expenses and costs to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses and costs to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees, expenses and costs are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees, expenses and costs is entered, the government will determine whether they are subject to any offset.

Fees, expenses and costs shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Harvey P. Sackett, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, expenses and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Dated: May 21, 2012                     */s/*
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        ROBERT J. HARRIS


                                        MELINDA L. HAAG
                                        United States Attorney

STIPULATION AND PROPOSED ORDER    2

Dated: May 21, 2012

/s/
ELIZABETH BARRY
Special Assistant for U.S. Attorney
Attorneys for Defendant
(as authorized via e-mail)

IT IS SO ORDERED.

Dated: May 24, 2012

LUCY H. KOH
United States District Judge

STIPULATION AND PROPOSED ORDER    3